No. 327. PHŒNIX WATER COMPANY, APPELLANT, *v.* THE COMMON COUNCIL OF THE CITY OF PHŒNIX. Appeal from the Supreme Court of the Territory of Arizona. January 23,

1907. Dismissed with costs, per stipulation. *Mr. Charles F. Ainsworth, Mr. John F. Dillon* and *Mr. Harry Hubbard* for appellant. *Mr. Roy S. Goodrich* and *Mr. Walter Bennett* for appellees.